1  REX DARRELL BERRY, State Bar No. 110219
   SCOTT M. PLAMONDON, State Bar No. 212294
2  BERRY & BLOCK LLP
   2150 River Plaza Drive, Suite 415
3  Sacramento, CA  95833
   (916) 564-2000
4  (916) 564-2024 FAX

5  Attorneys for Defendant
   Walgreen Co., et al.

6

7

8            UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10                                              *E-FILED - 7/6/06*

11  JASON CLARE,                    )  CASE NO. C-06-01838 RMW
                                    )
12        Plaintiff,                )  **JOINT STIPULATION AND
                                    )  ORDER**
13  vs.                             )  **EXTENDING DEADLINE FOR
                                    )  JOINT SITE INSPECTION**
14  WALGREEN CO., an Illinois       )
    Corporation dba WALGREEN #689,  )
15  V.O., LIMITED PARTNERS, a       )
    California Limited Partnership, and )
16  DOES 1-50, inclusive            )
                                    )
17                                  )
          Defendants.               )
18  _____)

19                        **I.**

20                  **STIPULATION**

21        This stipulation, entered into by and between Plaintiff Jason Clare

22  ("Plaintiff") and Defendant Walgreen Co. ("Defendant") pursuant to Local Rule

23  6-2, is based upon the following facts:

24        1.    On March 9, 2006, Plaintiff filed his Complaint in this action.

25        2.    On or before June 19, 2006, the parties were to have completed a

26  joint site inspection of the facilities referenced in Plaintiff's Complaint.

27  ///

28  ///

1    3.    Prior to the date of the joint site inspection, Defendant learned that

2  its chosen expert is unavailable due to a medical condition resulting in his

3  hospitalization.

4    4.    On June 16, 2006 the parties stipulated to extend the deadline for

5  conducting the joint site inspection up to and including July 5, 2006.

6    5.    This extension will allow Defendant sufficient time to locate and

7  retain an expert to assist with the inspection.

8    6.    This extension will not otherwise alter or delay any other deadlines

9  in this case.

10    BASED UPON THE FOREGOING FACTS, IT IS HEREBY

11  STIPULATED by and between the parties, through their respective counsel, as

12  follows:

13    1.    The time for the parties to conduct the joint site inspection is

14  extended from June 19, 2006 up to and including July 5, 2006.

15  Dated:  June 16, 2006          BERRY & BLOCK LLP

16

17                                By: /s/ SCOTT M. PLAMONDON
18                                    REX DARRELL BERRY
                                      SCOTT M. PLAMONDON
19                                    Attorneys for Defendant
                                      Walgreen Co.
20

21  Dated:  June 16, 2006          SINGLETON LAW GROUP

22

23                                By:/s/ RICHARD E. GRABOWSKI
                                      JASON K. SINGLETON
24                                    RICHARD E. GRABOWSKI
                                      Attorneys for Plaintiff Jason Clare
25

26

27

28

---

**II.**

**ORDER**

According to the stipulation of the parties, it is ORDERED, ADJUDGED AND DECREED as follows:

1.    The time for the parties to conduct the joint site inspection is extended from June 19, 2006 up to and including July 5, 2006.

IT IS SO ORDERED this __6__ day of __July_____, 2006.

_/s/ Ronald M. Whyte_____
UNITED STATES DISTRICT COURT
JUDGE

---

*Jason Clare v. Walgreen Co., et al.*
Case No. C-06-01838 RMW                    3

JOINT STIPULATION TO EXTEND
DEADLINE FOR JOINT SITE INSPECTION

1

**CERTIFICATE OF MAILING**

2

The undersigned certifies that the above and foregoing instrument was

3

electronically filed with the Clerk of the Court using the CM/ECF system, which

4

will send notification of such filing to the following:

5

**Attorneys for Plaintiff**

6

Jason K. Singleton

7

Richard E. Grabowski
Singleton Law Group

8

611 "L" Street, Suite A

9

Eureka, CA  95501
(707) 441-1177

10

(707) 441-1533 FAX

11

**Attorneys for Defendant**

12

Rex Darrell Berry

13

Scott M. Plamondon
BERRY & BLOCK LLP

14

2150 River Plaza Drive, Suite 415

15

Sacramento, CA  95833
(916) 564-2000

16

(916) 564-2024 FAX

17

DATED this 19th day of June, 2006.

18

19

20

                              /s/ DOROTHY AZEVEDO
                                  Dorothy Azevedo

21

22

23

24

25

26

27

28

---

*Jason Clare v. Walgreen Co., et al.*
Case No. C-06-01838 RMW                    4

JOINT STIPULATION TO EXTEND
DEADLINE FOR JOINT SITE INSPECTION