Jason K. Singleton, State Bar #166170
Richard E. Grabowski, State Bar # 236207
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
lawgroup@sbcglobal.net

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, JASON CLARE

UNITED STATES DISTRICT COURT

*E-FILED - 10/18/06*

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLARE,<br><br>    Plaintiff,<br><br>v.<br><br>WALGREEN CO., an Illinois corporation dba WALGREEN #689, V.O. LIMITED PARTNERS, a California Limited Partnership, and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | Case No. C-06-1838 RMW<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND () ORDER |

    Plaintiff JASON CLARE and Defendants WALGREEN CO., dba WALGREEN #689, and V.O. LIMITED PARTNERS (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

    1.    The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

STIPULATION & ORDER OF DISMISSAL     1     C-06-1838 RMW

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: September 20, 2006        /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff, **JASON CLARE**

**BERRY & BLOCK LLP**

Dated: September 20, 2006        /s/ Scott M. Plamondon
Scott M. Plamondon, Attorney for Defendants, **WALGREEN CO., dba WALGREEN #689, V.O. LIMITED PARTNERS**

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>CLARE vs WALGREEN CO., et al.</u>, Case Number C-06-1838 RMW, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: ___ 10/18/06 _____        __/S/ RONALD M. WHYTE_____
RONALD M. WHYTE, JUDGE
UNITED STATES DISTRICT COURT